IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VALERIE MEJIA, )
)
Plaintiff, )
)
v. )    Case No.: 3:26-cv-00283
)    District Judge Eli J. Richardson
GLOBAL TRUST MANAGEMENT LLC, )    Magistrate Judge Jeffery S. Frensley
REEL TIME CAPITAL, LLC, )
)
Defendants. )
)

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Lippes Mathias LLP, by Brendan H. Little, Esq., hereby

enters appearance in these proceedings as counsel of record for Defendants Reel Time Capital,

LLC and Global Trust Management, LLC and requests that all papers, pleadings, notices, orders

and other related comments in these proceedings be served upon the undersigned.

Dated: May 29, 2026

**LIPPES MATHIAS LLP**

/s Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendants
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
P: 716-853-5100
F: 716-853-5199
E: blittle@lippes.com

1