## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

VALERIE MEJIA,
     PLAINTIFF,

v.

CASE NO.: 3:26−cv−00283

GLOBAL TRUST MANAGEMENT LLC, and
REEL TIME CAPITAL, LLC,
     DEFENDANTS.

## STIPULATION OF DISMISSAL OF REEL TIME CAPITAL, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff files this Stipulation of Dismissal of Reel Time Capital, LLC (the "Stipulation"), and respectfully shows as follows:

1. Plaintiff commenced this action on March 10, 2026. *See* Doc. 1.

2. Defendant Reel Time Capital, LLC filed a motion to dismiss on May 15, 2026 (*see* Doc. 11) but has not filed an Answer or a Motion for Summary Judgment.

3. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses all claims against Reel Time Capital, LLC that were or could have been asserted in this action.

4. This is not a class action, no receiver has been appointed and no counterclaims have been asserted.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

Accordingly, Plaintiff respectfully requests that the Court enter an order dismissing all claims against Reel Time Capital, LLC without prejudice as described above.

Respectfully submitted,

/s/Dana C. McLendon
Dana C. McLendon III (#16214)
2020 Fieldstone Parkway
Suite #900-217
Franklin TN 37069
615-310-3195 PHONE
615-807-3790 FAX
dana@danamclendonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of May, 2026, a copy of the foregoing Stipulation of Dismissal of Reel Time Capital, LLC was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Dana C. McLendon
Dana C. McLendon, Esq.

2